UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | * |
| | * |
| **KAREN A. RUSSELL** | *  Case No. 12-10249-BFK |
| | *  Chapter 7 |
| Debtor. | * |

### TRUSTEE'S MOTION FOR APPROVAL OF
### THE SALE OF PERSONAL PROPERTY

DONALD F. KING, TRUSTEE, by counsel, for his Motion for Approval of Sale of Personal Property, states as follows:

1.  This is a motion pursuant to 11 U.S.C. § 363 to sell property of the estate.

2.  Karen A. Russell (the "Debtor") filed a voluntary chapter 13 petition on January 16, 2012, which case was converted to chapter 7 on March 16, 2012.

3.  Donald F. King (the "Trustee") is the Chapter 7 Trustee in this case.

4.  Property of the bankruptcy estate includes: (a) One Cut-Cornered Rectangular Modified Brilliant cut diamond weighing 1.51 carats; (b) One Cut-Cornered Rectangular Modified Brilliant cut diamond weighing 0.50 carats; and (c) One Cut-Cornered Rectangular Modified Brilliant cut diamond weighing 0.51 carats (the "Diamonds"). There are no liens against the Diamonds and the Trustee intends to sell the Diamonds for the benefit of the bankruptcy estate.

---

JAMES W. REYNOLDS, ESQUIRE, VSB NO. 33226
Counsel for Donald F. King, Trustee
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia  20190
Direct: 703-218-2134
Fax:    703-218-2160
E-Mail: Jim.Reynolds@ofplaw.com

- 2 -

5. The Trustee intends to sell the Diamonds via a public internet auction, with online bidding to be conducted by N. T. Arrington, the sales agent for the bankruptcy estate. The auction website is www.arringtonauction.com.

6. The Trustee has previously filed with this Court an Application to Employ N.T. Arrington as auctioneer and sales agent to conduct such public auction.

7. The Trustee reserves the right to continue the auction from time to time and from place to place as he deems appropriate.

8. Inspection of the Diamonds and information regarding the Diamonds can be obtained by contacting Mr. Arrington at 703-966-8422 or visiting www.arringtonauction.com.

WHEREFORE, Donald F. King, Trustee, by counsel, moves this Court to enter an Order approving the public internet auction of the Diamonds, and for such other and further relief as this Court deems just and proper.

/s/ James W. Reynolds
James W. Reynolds, Esquire
VSB No. 33226
Counsel for Trustee
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia  20190
Direct:  703-218-2134
Fax:     703-218-2160
E-Mail:  Jim.Reynolds@ofplaw.com

**DONALD F. KING, TRUSTEE**
**By Counsel**

#2344669v1 rcdpl - Mo to approve sale  031070/002396

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                              *
                                    *
KAREN A. RUSSELL                    *    Case No. 12-10249-BFK
                                    *    Chapter 7
Debtor.                             *

## ORDER AUTHORIZING TRUSTEE'S SALE OF PERSONAL PROPERTY

THIS MATTER came on upon the motion filed by Donald F. King, Trustee (the "Trustee") for approval of a public internet sale of personal property; and

IT APPEARING that no objections to the motion have been filed and that the motion should be granted, it is therefore

ORDERED that the Trustee may sell by a public internet sale all of the Debtor's interest in the diamonds identified as: (a) One Cut-Cornered Rectangular Modified Brilliant cut diamond weighing 1.51 carats; (b) One Cut-Cornered Rectangular Modified Brilliant cut diamond weighing 0.50 carats; and (c) One Cut-Cornered Rectangular Modified Brilliant cut diamond weighing 0.51 carats (the "Diamonds").

DATED: _____
       Alexandria, VA

                                    _____
                                    **BRIAN F. KENNEY**
                                    **United States Bankruptcy Judge**

                                    Entered on docket: _____

I ASK FOR THIS:

/s/ James W. Reynolds
James W. Reynolds, Esquire
VSB No. 33226
Counsel for Trustee
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Direct: 703-218-2134
Fax:    703-218-2160
E-Mail: Jim.Reynolds@ofplaw.com

Parties to receive copies to:

Counsel to Trustee – via electronic notice
Counsel to Debtor – via electronic notice

#2344686v1 rcdpl - motion to sell ORDER 031070/002396